**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **VAN ZANDT COUNTY TEXAS** | § | |
| **Plaintiff** | § | |
| | § | **CIVIL ACTION NO 6:16CV461** |
| **V.** | § | |
| | § | **JURY DEMANDED** |
| | § | |
| **MIDWEST PORTLAND, LLC** | § | |
| **Defendant** | § | |

## ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE

Came on this day to be considered, Plaintiff VAN ZANDT COUNTY, TEXAS' Motion to Dismiss without Prejudice.  The Court, having reviewed the Motion, is of the opinion that it should be **GRANTED.**

It is therefore, **ORDERED** that Plaintiff VAN ZANDT COUNTY, TEXAS'  Motion to Dismiss without Prejudice is hereby **GRANTED,** it is further,

**ORDERED** that Plaintiff VAN ZANDT COUNTY, TEXAS' claims against Defendant MIDWEST PORTLAND, LLC are hereby dismissed without prejudice to refiling.  All Parties will bear their own costs of Court and attorney's fees.

This is a Final Judgment.

**So ORDERED and SIGNED this 5th day of August, 2016.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE